IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

        Plaintiff,                  No. CIV S-08-2904 GGH P

   vs.

DIRECTOR OF ADULT

INSTITUTIONS, et al.,

        Defendants.         <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an application to proceed in forma paupers pursuant to the court's order of January 16, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 25, 2009, request for an extension of time is granted (Docket No. 7); and

/////
/////
/////
/////
/////

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: March 4, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
wils2904.36