IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

    Plaintiff,                    No. CIV S-08-2904 WBS GGH P

    vs.

DIRECTOR OF ADULT
INSTITUTIONS, et al.,

    Defendants.                 <u>ORDER</u>

                                /

            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

            On March 25, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations, in which he continues to argue without any persuasive authority that he is entitled under the Constitution to have a television set in the administrative segregation unit of the prison. The undersigned has considered the objections and has determined there is no need to modify the findings and recommendations.

1

1 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
2 | 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
3 | entire file, the court finds the findings and recommendations to be supported by the record and
4 | by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 25, 2009, are adopted in full; and

2. Plaintiff's amended complaint is summarily dismissed without prejudice and this case is closed.

DATED:   April 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/wils2904.804